UNITED STATES of America,
Appellee,

v.

Chaka Toure HUTCHINSON,
Appellant.

No. 01–3036.

United States Court of Appeals,
District of Columbia Circuit.

Jan. 15, 2002.

Before: EDWARDS, ROGERS and TATEL, Circuit Judges.

### ORDER

Upon consideration of the appellant's petition for rehearing, it is

**ORDERED** that the court's opinion filed on November 6, 2001 be amended as follows:

Page 10: In the last paragraph, strike the phrase "further factual development about the 'WALES' check, and." Thus, the last paragraph is to read:

Accordingly, we remand the case to the district court for a determination whether retention of Hutchinson's identification for the purpose of running the "WALES" check was related to the purpose of the stop or caused the stop to go on for too long, thereby tainting the evidence and statements obtained by the police after the attempted "WALES" check.

It is

**FURTHER ORDERED** that appellant's petition for rehearing be granted.